# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2005

129214

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAY PATTERSON,
          Plaintiff-Appellee,

v

ROSCOMMON COUNTY ROAD
COMMISSION,
          Defendant-Appellant.

SC: 129214
COA: 253662
Roscommon CC: 02-723648-CL

_____/

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2005

_____
Clerk

t0301